IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00162-REB-MJW

AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation,

Plaintiff(s),

v.

BARBARA FARHAR,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulation to Extend Deadlines filed by Plaintiff (docket no. 20) is approved and made an Order of Court.  The deadline to file motions raising issues under FRE 702 is extended to December 15, 2005.  The deadline to complete discovery is extended to December 31, 2005.  The deadline to file dispositive motions is extended to January 31, 2006.  The deadline to serve initial disclosure of experts is extended to October 1, 2005.  The deadline to serve rebuttal expert disclosures is extended to November 15, 2005.

Date:  July 27, 2005