IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00162-REB-MJW

AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation,

Plaintiff(s),

v.

BARBARA FARHAR,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Plaintiff's Motion for Protective Order (docket no. 27) is **DENIED**.  Here, the court finds that the core issue with respect to the declaratory judgment action is whether Plaintiff Amica Mutual Insurance Company's ("Plaintiff") obligation to pay personal injury protection benefits to Defendant Barbara Farhar ("Defendant")  is capped at an aggregate limit of $200,000.  The court further finds that the Defendant has demonstrated in her written response to this motion that witness Debbie Wallis may have information concerning material issues that are pending before this court on the declaratory judgment action even though Ms. Wallis works in the claims department for the Plaintiff.

It is **FURTHER ORDERED** that the parties shall forthwith meet and confer and reset the deposition of Debbie Wallis.

It is **FURTHER ORDERED** that each party pay their own attorney fees and costs for this motion.

Date:  October 26, 2005