**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00162-REB-MJW

AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation,

    Plaintiff,

v.

BARBARA FARHAR,

    Defendant.

MINUTE ORDER

    Defendant's Motion for Partial Summary Judgment on the Parties' Claims for Declaratory Relief [#47] and Defendant Barbara Farhar's Brief in Support of Her Motion for Partial Summary Judgment on the Parties' Claims for Declaratory Relief [#48], both filed on December 9, 2005, are STRIKEN for failure to comply with the format and content requirements of REB Civ. Practice Standard V.H.3.b.1.  Defendant shall have until the close of business on **December 16, 2005**, in which to re-file its motion for partial summary judgment in compliance with this practice standard.

Dated:  December 12, 2005
-----------------------------------------------------------------------------------------------------------------