**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00162-REB-MJW

AMICA MUTUAL INSURANCE COMPANY, a Rhode Island corporation,

    Plaintiff,

v.

BARBARA FARHAR,

    Defendant.

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION
TO PRECLUDE EXPERT WITNESSES, OR IN THE ALTERNATIVE,
MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES**

**Blackburn, J.**

The matter before me is **Plaintiff's Motion to Preclude Expert Witnesses, or in the Alternative, Motion for Extension of Time to Disclose Expert Witnesses** [#38], filed November 2, 2005. Plaintiff seeks to preclude defendant from offering the testimony of Richard Laugesen during the coverage phase of this bifurcated trial. In the Final Pretrial Order Re: Claims for Declaratory Judgment [#69], which was filed earlier today, neither party has designated Laugesen as a potential witness for the February 8-9, 2006, bench trial. Because plaintiff has effectively received the relief requested by the motion, the motion is moot.

**THEREFORE, IT IS ORDERED** that **Plaintiff's Motion to Preclude Expert Witnesses, or in the Alternative, Motion for Extension of Time to Disclose Expert Witnesses** [#38], filed November 2, 2005, is **DENIED AS MOOT**.

Dated January 31, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**